IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NORRIS HAMPTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-0762 |
| | § | |
| WELLS FARGO BANK, N.A. | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The plaintiff, Norris Hampton, did not appear at the court-ordered initial conference. Mail sent by the Clerk of the Court to the address Hampton provided was returned undeliverable. This case is dismissed for lack of prosecution, failure to comply with the order of this court and for failure to keep the court informed of current information to reach him.

SIGNED on June 29, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District